**Donald G. CROMER, Plaintiff— Appellant,**

v.

**KRAFT FOODS, INCORPORATED, Defendant—Appellee.**

No. 03–2424.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 25, 2004.

Donald G. Cromer, Appellant pro se. Hamlet Sam Mabry, III, James Derrick Quattlebaum, Haynsworth Sinkler Boyd,

P.A., Greenville, South Carolina; Susan Pyle Dion, McGuirewoods, L.L.P., Charlotte, North Carolina; Joel H. Spitz, Christy E. Phanthavong, McGuirewoods, L.L.P., Chicago, Illinois, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Donald G. Cromer appeals the district court's orders dismissing his employment discrimination complaint and denying his motion for reconsideration. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cromer v. Kraft Foods, Inc., No. CA–03–346–3 (W.D.N.C. filed Sept. 15, 2003 & entered Sept. 16, 2003; filed Oct. 23, 2003 & entered Oct. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED